*(Rev. 11/30/2018)*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### __LAFAYETTE__ DIVISION

TERRANCE GUIDRY, on behalf of himself and all others similarly situated,

Plaintiff

VS.

PENN CREDIT CORPORATION,

Defendant

Case No. __6:19-cv-00997__

Judge __Hon. Michael J. Juneau__

Magistrate Judge __Hon. Carol B. Whitehurst__

### MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of __Plaintiff, Terrance Guidry__ in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the District of __Middle District of Florida__ or the bar of __Florida__ court, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, __Rene F. Rocha, III__ of the firm of __Morgan & Morgan, PA__ is appointed a local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

| | |
|---|---|
| _____ | s/ Rene F. Rocha, III |
| Signature of Applying Attorney | Signature of Local Counsel |
| Applying attorney must sign. No "s/ signature" accepted. | Local counsel may use typed "s/ signature" and must file electronically. |

| PLEASE TYPE OR PRINT LEGIBLY: | LOCAL COUNSEL INFORMATION: |
|---|---|
| Name: John A. Yanchunis | Name: Rene F. Rocha, III |
| Firm: Morgan & Morgan Complex Litigation Group | Firm: Morgan & Morgan, PA |
| Address: 201 North Franklin Street, 7th Floor | Address: 909 Poydras Street, Suite 1625 |
| Tampa, Florida 33602 | New Orleans, LA 70112 |
| Telephone: 813-223-5505 | Telephone: 305-989-8688 |
| Fax: 813-222-4736 | Fax: |
| E-mail: jyanchunis@forthepeople.com | E-mail: rrocha@forthepeople.com |

Additional e-mail(s):

jcabezas@forthepeople.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 5, 2019, the foregoing document was filed with the Clerk by using the CM/ECF system, which will send notification to all attorneys of record in this matter.

                                                                            s/ Rene F. Rocha, III
                                                                            Rene F. Rocha, III