UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TERRANCE GUIDRY,

    Plaintiff,

v.

                                              CASE NO.: 6:19-cv-1936-Orl-41LRH

PENN CREDIT CORPORATION,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Terrance Guidry ("Plaintiff"), and Defendant, Penn Credit Corporation ("Defendant"), are pleased to inform the Court, pursuant to Local Rule 3.09, that the parties have reached an agreed resolution in this case. The parties are in the process of finalization of all settlement documents and related filings necessary for preliminary approval of the proposed class settlement. The parties anticipate seeking approval of the notice plan and preliminary approval of the proposed class settlement within 60 days. The parties respectfully request the Court administratively close this case for 60 days to enable finalization of all documents required for preliminary approval.  Likewise, and to the extent the Court deems necessary, the parties also request a stay of the class certification deadline, currently set for February 23, 2021,

(Doc. 52), in order to permit the preparation and filing of the relevant approval documents.[1]

Dated: February 19, 2021                                     Respectfully submitted,

/s/ John A. Yanchunis                                          /s/ Dale T. Golden
JOHN A. YANCHUNIS                                       Dale T. Golden (FL Bar No. 0094080)
jyanchunis@ForThePeople.com                       Charles J. McHale (FL Bar No. 0026555)
Patrick A. Barthle II
pbarthle@forthepeople.com                             **GOLDEN SCAZ GAGAIN, PLLC**
**MORGAN & MORGAN**                               201 North Armenia Avenue
**COMPLEX LITIGATION GROUP**           Tampa, FL 33609
201 N. Franklin Street, 7th Floor                       Telephone: (813) 251-5500
Tampa, Florida 33602                                         dgolden@gsgfirm.com
Telephone: (813) 223-5505                               cmchale@gsgfirm.com
Facsimile: (813) 223-5402

                                                                              *Attorneys for Defendant*
*Attorneys for Plaintiff and the Proposed Class*

---

[1] *See, e.g.*, *Hardy v. SOS Security LLC*, Case No. 8:16-cv-3178-SDM-MAO, Doc. 29 (M.D. Fla. Apr. 27, 2017) (refusing to reopen administratively closed case following expiration of class certification deadline in order to permit filing of motion for preliminary approval).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 19, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ John A. Yanchunis